"O"



FILED
CLERK, U.S. DISTRICT COURT

APR 19 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,          )  Case No. SA CR 19-00063-JLS
                                       )
12                  Plaintiff,         )  ORDER OF DETENTION AFTER
                                       )  HEARING [Fed. R. Crim. P. 32.1(a)(6);18
13                                     )  U.S.C. . § 3143(a)]
                    v.                 )
14                                     )
    CHRISTOPHER S. VIRGIL,             )
15                                     )
                    Defendant.         )
16                                     )
                                       )
17  _____

18        The defendant having been arrested in this District pursuant to a warrant issued by

19  the United States District Court for the Central District of California, for alleged violations

20  of the terms and conditions of his supervised release; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24  A.    ( X ) The defendant has not met his burden of establishing by clear and convincing

25        evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This

26        finding is based on:

27        *Instant allegations, no bail resources.*

28        and

B.    ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Instant allegations, criminal history.*

      IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings.

Dated:     4/15/2014

DOUGLAS F. McCORMICK
United States Magistrate Judge

2